An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

FREHNER CONSTRUCTION COMPANY, INC., A NEVADA CORPORATION; UNITED RENTALS, INC. A DELAWARE CORPORATION; AND NEVADA DEPARTMENT OF TRANSPORTATION, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA,
Appellants,
vs.
RICHARD BURTON,
Respondent.

No. 59584

FILED

MAY 02 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Allan R. Earl, District Judge
     Craig A. Hoppe, Settlement Judge
     Alverson Taylor Mortensen & Sanders
     Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
     William Palmer Law Group
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-12867